1    DEAN M. GLOSTER, State Bar No. 109313
     MARK D. PETERSEN, State Bar No. 111956
2    KELLY A. WOODRUFF, State Bar No. 160235
     FARELLA BRAUN + MARTEL, LLP
3    235 Montgomery Street, 17th Floor
     San Francisco, CA 94014
4    Telephone: (415) 954-4400
     Facsimile: (415) 954-4480
5    dgloster@fbm.com
     mpetersen@fbm.com
6    kwoodruff@fbm.com

7    Counsel for Defendants Scott Salyer, individually and as
     Trustee of the Scott Salyer Revocable Trust, SKPM
8    Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone
     Ranch Corporation, Monterey Peninsula Farms, CSSS,
9    LP, SKF Aviation, LLC, Salyer Management Company,
     LLC, SK Farms Services, LLC, SK Frozen Foods, LLC,
10   SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC,
     SSC Farms II, LLC and SSC Farms III, LLC

11                    UNITED STATES DISTRICT COURT

12                   EASTERN DISTRICT OF CALIFORNIA

13                        SACRAMENTO DIVISION

14

15   In re:

16   SK Foods, L.P.,  a California limited
     partnership, *et al.*,
17
                      Debtors.
18                                              Civ. No. S-11-1839 LKK
     BRADLEY SHARP, Chapter 11 Trustee,
19
                      Plaintiff,
20                                              Bankruptcy Adv. Proc. No.  10-02017
     v.
21
     FRED SAYLER IRREVOCABLE
22   TRUST, *et al.*,

23                      Defendants.

24       *[Caption continued on next pages]*

25

26

27

28

| | |
|---|---|
| In re:<br><br>SK Foods, L.P.,  a California limited partnership, *et al.*,<br><br>                   Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>                   Plaintiff,<br><br>v.<br><br>SKF AVIATION, LLC, *et al.*,<br><br>                   Defendants. | Civ. No. S-11-1840 LKK<br><br><br>Bankruptcy Adv. Proc. No.  10-02016 |
| In re:<br><br>SK Foods, L.P.,  a California limited partnership, *et al.*,<br><br>                   Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>                   Plaintiff,<br><br>v.<br><br>SCOTT SALYER, as trustee of the Scott Salyer Revocable Trust, *et al.*,<br><br>                   Defendants. | Civ. No. S-11-1841 LKK<br><br><br>Bankruptcy Adv. Proc. No.  10-02014 |
| In re:<br><br>SK Foods, L.P.,  a California limited partnership, *et al.*,<br><br>                   Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>                   Plaintiff,<br><br>v.<br><br>SSC FARMS 1, LLC, *et al.*,<br><br>                   Defendants. | Civ. No. S-11-1842 LKK<br><br><br>Bankruptcy Adv. Proc. No.  09-02692 |

Substitution of Counsel  and  Order Thereon
27019\2757743.1

In re:

SK Foods, L.P.,  a California limited partnership, *et al.*,

               Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,

               Appellant,

v.

SCOTT SALYER, *et al.*,

               Appellees.

Civ. No. S-11-1845 LKK

Bankruptcy Adv. Proc. No.  10-02015

In re:

SK Foods, L.P.,  a California limited partnership, *et al.*,

               Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,

               Appellant,

v.

CSSS, L.P.,

               Appellee.

Civ. No. S-11-1847 LKK

Bankruptcy Adv. Proc. No.  09-02543

Substitution of Counsel  and  Order Thereon
27019\2757743.1

In re:

SK Foods, L.P.,  a California limited partnership, *et al.*,

               Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,

               Appellant,

v.

CALIFORNIA FRANCHISE TAX BOARD, *et al.*,

               Appellees.

Civ. No. S-11-1849 LKK

Bankruptcy Adv. Proc. No.  11-02339

In re:

SK Foods, L.P.,  a California limited partnership, *et al.*,

               Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,

               Appellant,

v.

CALIFORNIA FRANCHISE TAX BOARD, *et al.*,

               Appellees.

Civ. No. S-11-1850 LKK

Bankruptcy Adv. Proc. No.  11-02339

1

2   In re:

3   SK Foods, L.P.,  a California limited
    partnership, *et al.*,

4           Debtors.

5   BANK OF MONTREAL, as
    Administrative Agent, successor by

6   Assignment to Debtors SK Foods, L.P.
    and RHM Industrial Specialty Foods,

7   Inc.,

8           Appellant,

9

10  v.

11  CARY SCOTT COLLINS, *et al.*,

12          Appellees.

13  In re:

14  SK Foods, L.P.,  a California limited
    partnership, *et al.*,

15          Debtors.

16  BANK OF MONTREAL, as
    Administrative Agent, successor by

17  Assignment to Debtors SK Foods, L.P.
    and RHM Industrial Specialty Foods,

18  Inc.,

19

20          Appellant,

21  v.

22  CARY SCOTT COLLINS, *et al.*,

23          Appellees.

24

Civ. No. S-11-1853 LKK

Bankruptcy Adv. Proc. No.  11-02340

Civ. No. S-11-1855 LKK

Bankruptcy Adv. Proc. No.  11-02340

25          **SUBSTITUTION OF COUNSEL AND ORDER THEREON**

26          Pursuant to Eastern District Local Rule 182(g), Scott Salyer, in his individual capacity and

27  as trustee of the Scott Salyer Revocable Trust, substitute Farella Braun + Martel, LLP as their

28  attorney of record, in place of Felderstein Fitzgerald Willoughby & Pascuzzi LLP and Segal &

1    Kirby in the above-captioned matter.

2         Pursuant to Eastern District Local Rule 182(g), Defendants SKPM Corp., SK Foods, LLC,

3    SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, CSSS, LP, SKF

4    Aviation, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods,

5    LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC and SSC

6    Farms III, LLC hereby substitute Farella Braun + Martel, LLP as their attorney of record, in place

7    of Nageley Meredith & Miller, Inc. in the above-captioned matter.

8    Dated:  September 9, 2011

             _____/s/  Scott Salyer_____
9            SCOTT SALYER

10
     Dated:  September 9, 2011        SCOTT SALYER REVOCABLE TRUST
11

12                                    By:__/s/  Scott Salyer_____
                                          SCOTT SALYER, TRUSTEE
13

14   Dated:  September 9, 2011        SK PM CORP., SK FOODS, LLC, SKF CANNING, LLC,
                                      SKF AVIATION, LLC and BLACKSTONE RANCH
15                                    CORPORATION

16
                                      By:__/s/  Scott Salyer_____
17                                        SCOTT SALYER

18

19   Dated:  September 9, 2011        MONTEREY PENINSULA FARMS, SK FROZEN
                                      FOODS, LLC, CSSS, LP, SALYER MANAGEMENT
20                                    COMPANY, LLC, SK FARMS SERVICES, LLC, SS
                                      FARMS, LLC, SSC FARMING, LLC, SSC FARMS I,
21                                    LLC, SSC FARMS II, LLC and SSC FARMS III, LLC

22
                                      By:__/s/  Robert Pruett_____
23                                        ROBERT PRUETT, MANAGER

24

25

26

27

28

Substitution of Counsel and  Order Thereon
27019\2757743.1