UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BRADLEY D. SHARP, Chapter 11 Trustee,

Appellant,

v. CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE TRUST,

Appellee.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BRADLEY D. SHARP, Chapter 11 Trustee,

Appellant,

v. CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

Appellees.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BRADLEY D. SHARP, Chapter 11 Trustee,

Appellant,

v.

CIV. NO. S-11-1841 LKK

SCOTT SALYER, as trustee of the Scott Salyer Revocable Trust, et al.,

Appellees.
__________________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BRADLEY D. SHARP, Chapter 11 Trustee,

Appellant,

v.

CIV. NO. S-11-1842 LKK

SSC FARMS 1, LLC, et al.,

Appellees.
__________________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

Appellant,

v. CIV. NO. S-11-1845 LKK

SCOTT SALYER, et al.,

Appellees.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

Appellant,

v. CIV. NO. S-11-1846 LKK

INTERNAL REVENUE SERVICE, et al.,

Appellees.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co., CIV. NO. S-11-1847 LKK

Appellant,

v.

CSSS, L.P.,

Appellee.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

CIV. NO. S-11-1849 LKK

Appellant,

v.

CALIFORNIA FRANCHISE TAX BOARD, et al.,

Appellees.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

CIV. NO. S-11-1850 LKK

Appellant,

v.

CALIFORNIA FRANCHISE TAX BOARD, et al.,

Appellees.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

Appellant,

v.

CARY SCOTT COLLINS, et al.,

Appellees.

_________________________________/

CIV. NO. S-11-1853 LKK

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

Appellant,

v.

CARY SCOTT COLLINS, et al.,

Appellees.

_________________________________/

CIV. NO. S-11-1855 LKK

O R D E R

////

////

The April 23, 2012 hearing on this appeal is removed from the calendar.

The court notes that counsel for appellees, Farella Braun + Martel LLP, has moved in the Bankruptcy Court to withdraw as counsel and has similarly moved in some, but not all, of the Bankruptcy Court appeals. A hearing on that motion is scheduled for April 30, 2012 in the Bankruptcy Court.

Counsel for appellees shall therefore file a letter with this court no later than seven days from the date of this order advising this court whether they seek a withdrawal from this appeal.

IT IS SO ORDERED.

DATED: April 17, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT