1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA,

10

        Plaintiff,

11

            v.                   CR. NO. S-10-061 LKK

12

FREDERICK SCOTT SALYER,

13

        Defendant.

14
_____/
In re:

15

SK FOODS, L.P., a California

16
limited partnership,

17

        Debtors.

18
_____/
BRADLEY D. SHARP, et al.,

19

        Plaintiffs,

20

            v.                   CIV. NO. S-11-1840 LKK

21

SKF AVIATION, LLC, et al.,

22

        Defendants.

23
_____/

24
////

25
////

26
////

IN RE:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/

BRADLEY D. SHARP, et al.,

        Plaintiffs,

          v.                  CIV. NO. S-11-1841 LKK

SCOTT SALYER, as trustee of
the Scott Salyer Revocable
Trust, et al.,

        Defendants.
_____/

IN RE:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/

BRADLEY D. SHARP, et al.,

        Plaintiffs,

          v.                  CIV. NO. S-11-1842 LKK

SSC FARMS 1, LLC, et al.,

        Defendants.
_____/

IN RE:

SK FOODS, L.P.,

        Debtor.

SCOTT SALYER,
                              CIV. NO. S-10-3467 LKK
        Plaintiff,

          v.
SK FOODS, LP,

        Defendants.
_____/

2

IN RE:

SK FOODS, L.P.,

       Debtor.

NAGELEY, MEREDITH & MILLER, INC.,

       Appellant,             CIV. NO. S.12-0940 JAM

           v.

BRADLEY D. SHARP, et al.,         O R D E R

       Appellee.
_____/

     The court is in receipt of a notice that Nageley, Meredith & Miller, Inc. v. Sharp (In re SK Foods, L.P.), Civ. No. S. 12-940 JAM, is related to In re SK Foods, L.P., Civ. No. S. 10-3467 LKK, Sharp v. SKF Aviation, LLC (In re SK Foods, L.P.), Civ. No. S. 11-1840 LKK, Sharp v. Salyer (In re SK Foods, L.P.), Civ. No. S. 11-1841 LKK, and Sharp v. SSC Farms I, LLC (In re SK Foods, L.P.), Civ. No. S. 11-1842 LKK.

     Examination of the cases shows that Civ. No. S.12-940 JAM is not related to the other cases, in the sense contemplated by E.D. Cal. R. 123(c), as this case is a collateral matter not apparently related to the issues involved in the other cases.

     The court therefore **DECLINES** to relate them.

     IT IS SO ORDERED.

     DATED:  May 1, 2012.

                      LAWRENCE K. KARLTON
                      SENIOR JUDGE
                      UNITED STATES DISTRICT COURT