1

2

3                        UNITED STATES DISTRICT COURT

4                       EASTERN DISTRICT OF CALIFORNIA

5

6    In re:

7    SK FOODS, L.P., a California
     limited partnership, et al.,

8
              Debtors.

9
     BRADLEY D. SHARP, Chapter 11

10   Trustee,

11            Appellant,

12                 v.                        CIV. NO. S-11-1839 LKK

13   FRED SALYER IRREVOCABLE
     TRUST,

14
              Appellee.

15   _____/

16   In re:

17   SK FOODS, L.P., a California
     limited partnership, et al.,

18
              Debtors.

19
     BRADLEY D. SHARP, Chapter 11

20   Trustee,

21            Appellant,

22                 v.                        CIV. NO. S-11-1840 LKK

23   SKF AVIATION, LLC, et al.,

24            Appellees.
     _____/

25   In re:

26

1  SK FOODS, L.P., a California
   limited partnership, et al.,

2

3                  Debtors.

   BRADLEY D. SHARP, Chapter 11
4  Trustee,

5                  Appellant,

6                      v.                        CIV. NO. S-11-1841 LKK

7  SCOTT SALYER, as trustee of
   the Scott Salyer Revocable
8  Trust, et al.,

9                  Appellees.
   _____/

10 In re:

11 SK FOODS, L.P., a California
   limited partnership, et al.,

12

13                 Debtors.

   BRADLEY D. SHARP, Chapter 11
14 Trustee,

15                 Appellant,

16                     v.                        CIV. NO. S-11-1842 LKK

17 SSC FARMS 1, LLC, et al.,

18                 Appellees.
   _____/

19 In re:

20 SK FOODS, L.P., a California
   limited partnership, et al.,

21

22                 Debtors.

   BANK OF MONTREAL, as
23 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
24 L.P. and RHM Industrial
   Specialty Foods, Inc, a
25 California corporation, d/b/a
   Colusa County Canning Co.,

26

                              2

1            Appellant,

2               v.                   CIV. NO. S-11-1845 LKK

3 SCOTT SALYER, et al.,

4            Appellees.
  _____/

5 In re:

6 SK FOODS, L.P., a California
  limited partnership, et al.,

7

           Debtors.

8

  BANK OF MONTREAL, as
9 Administrative Agent, successor
  by Assignment to Debtors SK Foods,
10 L.P. and RHM Industrial
  Specialty Foods, Inc, a
11 California corporation, d/b/a
  Colusa County Canning Co.,

12

           Appellant,

13

              v.                   CIV. NO. S-11-1846 LKK

14

  INTERNAL REVENUE SERVICE, et al.,

15

           Appellees.
16   _____/

  In re:
17

  SK FOODS, L.P., a California
18 limited partnership, et al.,

19            Debtors.

20 BANK OF MONTREAL, as
  Administrative Agent, successor
21 by Assignment to Debtors SK Foods,
  L.P. and RHM Industrial
22 Specialty Foods, Inc, a
  California corporation, d/b/a
23 Colusa County Canning Co.,           CIV. NO. S-11-1847 LKK

24            Appellant,

25               v.

26 CSSS, L.P.,

1              Appellee.
   _____/

2  In re:

3  SK FOODS, L.P., a California
   limited partnership, et al.,

4
              Debtors.
5
   BANK OF MONTREAL, as
6  Administrative Agent, successor
   by Assignment to Debtors SK Foods,
7  L.P. and RHM Industrial
   Specialty Foods, Inc, a
8  California corporation, d/b/a
   Colusa County Canning Co.,                  CIV. NO. S-11-1849 LKK

9
              Appellant,
10
                   v.
11
   CALIFORNIA FRANCHISE TAX
12 BOARD, et al.,

13            Appellees.
   _____/
14 In re:

15 SK FOODS, L.P., a California
   limited partnership, et al.,

16
              Debtors.
17
   BANK OF MONTREAL, as
18 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
19 L.P. and RHM Industrial
   Specialty Foods, Inc, a
20 California corporation, d/b/a
   Colusa County Canning Co.,                  CIV. NO. S-11-1850 LKK

21
              Appellant,
22
                   v.
23
   CALIFORNIA FRANCHISE TAX
24 BOARD, et al.,

25            Appellees.
   _____/

26

                              4

1   In re:

2   SK FOODS, L.P., a California
    limited partnership, et al.,

3
              Debtors.

4
    BANK OF MONTREAL, as
5   Administrative Agent, successor
    by Assignment to Debtors SK Foods,
6   L.P. and RHM Industrial
    Specialty Foods, Inc, a
7   California corporation, d/b/a
    Colusa County Canning Co.,              CIV. NO. S-11-1853 LKK

8
              Appellant,
9
                   v.
10
    CARY SCOTT COLLINS, et al.,
11
              Appellees.
12  _____/

13  In re:

14  SK FOODS, L.P., a California
    limited partnership, et al.,

15
              Debtors.
16
    BANK OF MONTREAL, as
17  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
18  L.P. and RHM Industrial
    Specialty Foods, Inc, a
19  California corporation, d/b/a
    Colusa County Canning Co.,              CIV. NO. S-11-1855 LKK

20
              Appellant,
21
                   v.
22                                               O R D E R
    CARY SCOTT COLLINS, et al.,
23
              Appellees.
24  _____/

25  ////

26  ////

                              5

1   The court is in receipt of a letter from counsel for

2   appellees, Farella Braun + Martel LLP, stating that it does not

3   seek to withdraw as counsel from this appeal.  Accordingly, the

4   Trustee's appeal shall be heard on June 4, 2012 at 10:00 a.m. in

5   this court.

6   IT IS SO ORDERED.

7   DATED:  May 8, 2012.

8

9

10  _____
    LAWRENCE K. KARLTON

11  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26